IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

QUANTARIOUS HOWARD,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Petitioner,

v.                                  CASE NO. 1D14-5150

STATE OF FLORIDA,

     Respondent.

_____/

Opinion filed July 8, 2015.

Petition for Belated Appeal -- Original Jurisdiction.

Quantarious Howard, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition seeking belated appeals of the judgments and sentences rendered on January 21, 2014, in Leon County Circuit Court case number 2010-CF-44 and 2012-CF-3019 is granted. Upon issuance of mandate, copies of this opinion shall be

furnished to the clerk of the lower tribunal for treatment as notices of appeal in each of the above case numbers. If petitioner qualifies for the appointment of counsel at public expense, the lower tribunal is directed to appoint counsel to represent him in the belated appeals authorized by this opinion.

THOMAS, MARSTILLER, and KELSEY, JJ., CONCUR.